RONNIE E. TOWNSEND II  #077312
Name

JCADC 101 N. KANSAS

OLATHE, KS 66061
Address

FILED
DEC 18 2019
Clerk, U.S. District Court
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

RONNIE E. TOWNSEND II, Plaintiff
(Full Name)

V.

NATHAN KARLIN, Defendant(s)

ROB MOSER

CASE NO. 19-3258-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) RONNIE E. TOWNSEND II (Plaintiff), is a citizen of KANSAS (State) who presently resides at 101 N. KANSAS, OLATHE, KANSAS 66061 (Mailing address or place of confinement.)

2) Defendant NATHAN KARLIN (Name of first defendant) is a citizen of SHAWNEE, KANSAS (City, State), and is employed as OFFICER AT SHAWNEE POLICE DEPARTMENT (SPD) (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

AT ALL RELEVANT TIMES TO THIS ACTION DEFENDANT WAS ACTING AS THE AGENT, SERVANT, AND EMPLOYEE OF (SPD) TO PERFORM DUTIES IN THE CITY OF SHAWNEE

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983         1

3) Defendant **STEVE BRANDAU** is a citizen of
(Name of second defendant)

**SHAWNEE, KANSAS**, and is employed as
(City, state)

**A OFFICER OF THE SHAWNEE POLICE DEPARTMENT.** At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:

AT ALL RELEVANT TIMES AND IN ALL THEIR ACTIONS DEFENDANT WAS ACTING PURSUANT TO HIS AUTHORITY AS POLICE PERSONNEL.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C. § 1988; 28 U.S.C. §§ 1331, 1343 (a)(4), 1367 FOR STATE LAW CLAIMS; 1ST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS TO U.S. CONSTITUTION.

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

ON MAY 8, 2019, PLAINTIFF WAS AWAKEN BY A VOICE OVER A LOUD SPEAKER SYSTEM GIVING HIM COMMANDS TO EXIT HIS RESIDENCE, WITH HIS HANDS UP. WHEN PLAINTIFF APPROACHED THE FRONT DOOR HE WAS ORDERED TO THE GROUND BY OFFICERS WITH ASSAULT RIFLES. OFFICERS THEN BUSTED THE PLAINTIFFS GLASS STORM DOOR WITH A RAM. PLAINTIFF WAS PHYSICALLY ESCORTED OUT OF THE RESIDENCE BY OFFICERS, SLAMMED ON THE CONCRETE IN A PILE OF GLASS CAUSING INJURY.

ADDITIONAL DEFENDANTS

3(A) - Defendant Rob Moser is a citizen of Shawnee, Kansas, and is employed as duly appointed Commissioner of the Shawnee Police Department. In this capacity, the Commissioner was:

   A. The commanding officer of defendants Nathan Karlin, Steve Brandau and was responsible for their training, supervision, and conduct.
   B. Responsible by law for enforcing the regulations of the Shawnee Police Department and for ensuring that the City of Shawnee police personnel obey the laws of the State of Kansas and of the United States.
   C. Acting as the agent, servant, and employee of the defendant County of Johnson and pursuant to his authority as police personnel under the color of the law.

3(B) - The defendant County of Johnson is a municipal corporation within the State of Kansas, and at all relevant times, employed the other defendants in this action and is sued as a person under 42 U.S.C. 1983.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: FIFTH AND FOURTEENTH AMENDMENTS VIOLATIONS OF RIGHTS TO DUE PROCESS OF LAW, INCLUDING THE RIGHT TO BE FREE OF UNJUSTIFIED AND EXCESSIVE FORCE UTILIZED BY POLICE

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): ON MAY 8, 2019 AT 6809 MELROSE LN., SHAWNEE, KANSAS, WHERE THE PLAINTIFF RESIDES, NATHAN KARLIN DID, ALONG WITH OTHER OFFICERS, BREAK THE GLASS OUT OF PLAINTIFFS STORM DOOR, PULL THE PLAINTIFF FROM HIS RESIDENCE UNCLOTHED AND SLAM HIM ON THE CONCRETE IN GLASS CAUSING LACERATIONS.

B) (1) Count II: FOURTH AMENDMENT VIOLATION OF RIGHT TO BE FREE FROM UNLAWFUL SEIZURE OF HIS PERSON

(2) Supporting Facts: ON MAY 8, 2019 PLAINTIFF WAS UNLAWFULLY REMOVED FROM HIS RESIDENCE, SUBSEQUENTLY INJURED AND TRANSPORTED TO A HOSPITAL BY AMBULANCE TO BE TREATED FOR INJURIES RECIEVED, THEN TRANSPORTE TO JAIL WITHOUT ARREST WARRANT

C) (1) Count III: THE CONDUCT ALLEGED ABOVE CONSITUTE ACTIONABLE TORTS UNER KANSAS STATE LAW INCLUDING THE TORT OF ASSAULT AND BATTERY, GROSS NEGLIGENCE AND ABUSE OF PROCESS.

(2) Supporting Facts: PLAINTIFF WISHES TO ASSERT SUPPORTING FACTS LISTED FOR COUNT I AND COUNT II.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

On August 26, 2019 Plaintiff filed a complaint to the Commissioner of the Shawnee Police Department. On September 10, 2019 I recieved a letter stating "No Misconduct Established and This Matter is Closed".

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A. Compensatory Damages in the Amount of $2,000,000.00

B. Punitive Damages in the Amount of $2,000,000.00

C. Attorney Fees Pursuant to 42 U.S.C. § 1988

D. An Award of Plaintiffs Cost of Suit and All other Relief the Court Deems Just and Fair.

_____   Ronnie E. Jounsen
Signature of Attorney (if any)               Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983