For Office Use Only

# CIVIL COVER SHEET

The civil cover sheet neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for use by the Clerk of the District Court for the purposes of initiating the civil docket sheet. This information will not be available to the public and this document will be stored in a separate location from the case file and then destroyed within a reasonable time. A new case **will not be accepted** without a cover sheet attached. (THIS FORM MUST BE TYPED OR PRINTED LEGIBLY). This form can be found at www.kscourts.org.

**NATURE OF SUIT** (Click or mark in one circle only – If the case involves more than one of the following categories, indicate the category having the highest dollar value)

***CIVIL***    If a CH. 61: $_____ (Judgment Demand Amount)

**TORT**
- ○ Asbestos Product Liability
- ○ Automobile Tort
- ○ Intentional Tort
- ○ Legal Malpractice
- ○ Medical Malpractice
- ○ Other Professional Malpractice
- ○ Premises Liability
- ○ Slander/Libel/Defamation
- ○ Tobacco Product Liability
- ○ Toxic/Other Product Liability
- ○ Other Tort

**CONTRACT**
- ○ Buyer Plaintiff
- ○ Employment Dispute - Discrimination
- ○ Employment Dispute - Other
- ○ Fraud
- ○ Landlord/Tenant - Unlawful Detainer
- ○ Landlord/Tenant Dispute – Other
- ○ Seller Plaintiff (debt collection)
- ○ Other Contract

**CIVIL APPEALS**
- ○ Administrative Agency
- ○ Other Civil Appeal

**REAL PROPERTY**
- ○ Eminent Domain
- ○ Mortgage Foreclosure
- ○ Other Real Property

**MISCELLANEOUS**
- ○ 60-1507
- ○ Habeas Corpus
- ○ Other Writs

● **OTHER CIVIL**

○ **SMALL CLAIMS**

○ **STATE TAX WARRANT**

***DOMESTIC***
- ○ **MARRIAGE DISSOLUTION/DIVORCE**    ○ **PROTECTION FROM ABUSE**    ○ **PROTECTION FROM STALKING**    ○ **UIFSA**
- ○ **OTHER DOMESTIC RELATIONS**    ○ **NON-DIVORCE SUPPORT, CUSTODY OR VISITATION**    ○ **PATERNITY**

***PROBATE/ESTATE***

**GUARDIAN /CONSERVATOR**
- ○ Conservatorship/Trusteeship
- ○ Guardianship – Adult
- ○ Guardianship - Minor
- ○ Guardian/Conservator – Adult
- ○ Guardian/Conservator - Minor

- ○ **DETERMINATION OF DESCENT**
- ○ **SEXUALLY VIOLENT PREDATOR**
- ○ **DECEDENT ESTATE**

- ○ **ELDER ABUSE**
- ○ **OTHER PROBATE / ESTATE**
- ○ **CARE AND TREATMENT**

○ **ADOPTION**

**JURY DEMAND**    ● YES (Check yes only if jury demand is included in petition or as a separate pleading)    ● NO

**SUMMONS ATTACHED:**    ● YES    ○ NO

SERVICE BY:  ○ PROCESS SERVER/ATTORNEY    ○ SHERIFF IN STATE _____    ○ SHERIFF OUT OF STATE _____
                                                                     County                                                                State

**SHERIFF'S PROCESS FEE ATTACHED**    ● YES    ○ NO

**PLAINTIFF / SUBJECT INFORMATION**
(ATTACH ADDITIONAL SHEET, IF NECESSARY)
NAME: Ronnie Townsend
ADDRESS: JCADC 101 N. Kansas
            Olathe, KS 66061
PHONE: —                    SEX: MALE
SSN: —                      DOB: 8-24-76
DL OR STATE ID NO: K08-73-1533
                    State and Number
ALIAS NAMES USED: —

**ATTORNEYS**
(Firm Name, Address, Telephone Number and Supreme Court ID Number)

**DEFENDANT / OTHER PARTY INFORMATION**
(ATTACH ADDITIONAL SHEET, IF NECESSARY)
NAME: Nathan Karlin
ADDRESS: Shawnee Police Depart. 5850 Renner Rd.
            Shawnee, KS 66217
PHONE: 913-631-2155    SEX: MALE
SSN: —                 DOB: —
DL OR STATE ID NO: —
                    State and Number
ALIAS NAMES USED: —

**ATTORNEYS** (if known)
(Firm Name, Address, Telephone Number and Supreme Court ID Number)
    U/K

**FOR DOMESTIC CASES** - NAME, DATE OF BIRTH AND SOCIAL SECURITY NUMBER OF EACH DEPENDENT CHILD:

| (Name) | (Date of Birth) | (Social Security Number) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

The requirement that Social Security numbers be included on domestic cases is mandatory, and authorized by the Supreme Court and federal law. On non-domestic cases, the Social Security number is not mandatory. The number is used for purposes of identification and may be disclosed as permitted by law. This form is not considered to be a public record.

Johnson County Help Center
Rev. 08/14                                                                                                                          01-24-13

\* ADDITIONAL DEFENDANTS ON THE BACK OF THIS FORM